No. 433.   KANSAS EX REL. BROWN, COUNTY ATTORNEY, ET AL. *v.* HEDRICK, COUNTY CLERK, ET AL.   Appeal from the Supreme Court of Kansas.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   *Kenneth G. Speir* for appellants.   *Robt. B. Morton* and *Pa̶u̶l̶ ̶J̶.̶ ̶D̶o̶n̶a̶l̶d̶s̶o̶n̶ ̶f̶o̶r̶ t̶h̶e̶ ̶C̶i̶t̶y̶ ̶o̶f̶ ̶W̶i̶c̶h̶i̶t̶a̶,̶ ̶K̶a̶n̶s̶a̶s̶,̶* appellee.

No. 438.   WHITE ET AL. *v.* ANSON ET AL., MEMBERS OF BOARD OF EDUCATION OF KANAWHA COUNTY.   Appeal from the Supreme Court of Appeals of West Virginia. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Hayden C. Covington* for appellants.   *John O. Kizer* and *W. M. Woodroe* for appellees.

No. 461.   DRAWDY INVESTMENT CO. *v.* LEONARD ET UX. Appeal from the Supreme Court of Florida.   *Per Curiam:* The appeal is dismissed for want of a substantial federal question.   *J̶o̶h̶n̶ ̶P̶.̶ ̶B̶o̶o̶t̶h̶* and *C̶h̶a̶r̶l̶e̶s̶ ̶M̶.̶ ̶T̶rammell* for appellant.

No. 191, Misc.   UNITED STATES EX REL. HENDRICKSON *v.* HENDRICK, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON.   Appeal from the United States District Court for the Eastern District of Pennsylvania.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed.   Appellant *pro se.   Samuel Dash* and *Victor Wright* for appellee.